# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLTON LARRY TUMBLING,<br><br>Defendant. | Case No. 2:19-cr-282-GMN-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 16, 2020 at the hour of 3:00 p.m., be vacated and continued to _1-29-20_ at the hour of _3_ : _00_ _p_.m.

DATED this _17th_ day of January, 2020.

_____
~~UNITED STATES DISTRICT JUDGE~~
CAM FERENBACH
U.S. MAGISTRATE JUDGE

3

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Carlton Larry Tumbling





# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA  ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLTON LARRY TUMBLING,<br><br>Defendant. | Case No. 2:19-cr-282-GMN-VCF<br><br>~~STIPULATION TO CONTINUE~~<br>**PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Leigh Mickelson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Carlton Larry Tumbling, that the Preliminary Hearing currently scheduled on January 16, 2020 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery in this case.

2.      Counsel is also attempting to work out the defendant's state case.

3.      Defendant is incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 14th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jamie Leigh Mickelson*<br>By_____<br>JAMIE LEIGH MICKELSON<br>Assistant United States Attorney |